**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Yolanda S. Williams,　　　　:　　Chapter 13
　　　　　　　Debtor　　　　　　　:　　Case No.: 18-14887-elf

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed November 13, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on November 13, 2018:*

Michelle Morris, Bankr. Spec.
Wells Fargo Bank N.A.,
d/b/a Wells Fargo Auto
PO Box 19657
Irvine CA 92623-9657

Middleton Place Townhomes
Condo. Association
c/o Larry S. Eisman, Esquire
919 Conestoga Rd.
Bldg. 3, Suite 114
Bryn Mawr, PA 19010

*Via Electronic Filing (ECF) on November 13, 2018:*

Leon P. Haller, Esquire on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Rebecca Ann Solarz, Esquire on behalf of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency).
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                         **LAW OFFICE OF STEPHEN J. ROSS, PC**

                                        By:    */s/ Joseph Quinn*
                                                   Joseph Quinn, Esquire
                                                   Attorney I.D. No. 307467
                                                   152 E. High Street, Suite 100
                                                   Pottstown, PA 19464
                                                   T: 610.323.5300
                                                   F: 610.323.6081
                                                   JQuinn@SJR-LAW.com
Date:  November 13, 2018               Counsel for Debtor