**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Yolanda S. Williams,             :        Chapter 13
                    Debtor                :        Case No.: 18-14887-elf

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed November 13, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on November 13, 2018:*

Michelle Morris, Bankr. Spec.
Wells Fargo Bank N.A.,
d/b/a Wells Fargo Auto
PO Box 19657
Irvine CA 92623-9657

Middleton Place Townhomes
Condo. Association
c/o Larry S. Eisman, Esquire
919 Conestoga Rd.
Bldg. 3, Suite 114
Bryn Mawr, PA 19010

Nicole Amolsch, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg PA 17128-0946

*Via Electronic Filing (ECF) on November 13, 2018:*

Leon P. Haller, Esquire on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Rebecca Ann Solarz, Esquire on behalf of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                              **LAW OFFICE OF STEPHEN J. ROSS, PC**

                         By:    */s/ Joseph Quinn*
                               Joseph Quinn, Esquire
                               Attorney I.D. No. 307467
                               152 E. High Street, Suite 100
                               Pottstown, PA 19464
                               T: 610.323.5300
                               F: 610.323.6081
                               JQuinn@SJR-LAW.com
Date: <u>November 13, 2018</u>        Counsel for Debtor