# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Yolanda S. Williams, | : | Chapter 13 |
| Debtor | : | Case No.: 18-14887-elf |

## PRAECIPE TO WITHDRAW DEBTOR'S CERTIFICATE OF SERVICE
## [DOCUMENT NO. 23]

TO THE CLERK OF COURT:

Kindly withdraw the Certificate of Service filed by Debtor on November 13, 2018 [Document No. 23].

**LAW OFFICE OF STEPHEN J. ROSS**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: November 14, 2018