# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Yolanda S. Williams<br>             Debtor<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY).<br>             Movant<br>      vs.<br><br>Yolanda S. Williams<br>             Respondent | CHAPTER 13<br><br>NO. 18-14887 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)., which was filed with the Court on or about December 10, 2018 (Document No. 28).

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        Attorney for Movant
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

December 18, 2018