Certificate Number: 05781-PAE-DE-032064023

Bankruptcy Case Number: 18-14887



05781-PAE-DE-032064023

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2018, at 5:50 o'clock AM PST, Yolanda Williams completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 22, 2018               By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President