# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-14887-ELF

YOLANDA S WILLIAMS

8200 HENRY AVENUE
APT H10
PHILADELPHIA, PA 19128

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    YOLANDA S WILLIAMS

    8200 HENRY AVENUE
    APT H10
    PHILADELPHIA, PA 19128

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

                        /S/ William C. Miller

Date: 9/6/2019              _____

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee